**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | NCW Properties, LLC | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-1150086 | |
| 4. | Debtor's address | **Principal place of business**<br><br>2121 Oneida Street<br>Joliet, IL 60435<br>Number, Street, City, State & ZIP Code<br><br>Will<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.nascarcarwash.com | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **NCW Properties, LLC**  Case number (if known) _____
      <u>Name</u>

7. Describe debtor's business   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. Under which chapter of the Bankruptcy Code is the debtor filing?   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply:*

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 18, 2018**
              MM / DD / YYYY

X _____         Dean A. Tomich
  Signature of authorized representative of debtor   Printed name

Title   **Manager**

---

**18. Signature of attorney**

X _____         Date  **July 18, 2018**
  Signature of attorney for debtor                      MM / DD / YYYY

**Alan L. Braunstein**
Printed name

**Riemer & Braunstein LLP**
Firm name

**Three Center Plaza**
**Boston, MA 02108**
Number, Street, City, State & ZIP Code

Contact phone   **(617) 523-9000**    Email address _____

Bar number and State

---

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 18, 2018**
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Dean A. Tomich**
Printed name

Title  **Manager**

**18. Signature of attorney**   X  /s/ Phillip J. Block
Signature of attorney for debtor

Date  **July 18, 2018**
      MM / DD / YYYY

**Phillip J. Block**
Printed name

**Riemer & Braunstein LLP**
Firm name

71 S. Wacker Suite 3557, Chicago, IL 60606
Number, Street, City, State & ZIP Code

Contact phone  312-780-1173     Email address  pblock@riemerlaw.com

6292407  IL
Bar number and State

# **NCW Properties, LLC**

## **CONSENT OF MANAGERS**

The undersigned, Dean A. Tomich and Gary Wright, being the managers of NCW Properties, LLC (the "Company"), a Delaware limited liability company, hereby consent to the adoption of the following votes and resolutions:

VOTED:   That the Company shall seek relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. Section 101 et seq. (as amended, the "Bankruptcy Code"); and it is

FURTHER
VOTED:   That Dean A. Tomich, as a manager of the Company (the "Authorized Officer"), is hereby authorized to (i) prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) cause the Company to perform its functions and duties as a debtor-in-possession pursuant to the applicable provisions of the Bankruptcy Code, (iv) take such steps on behalf of the Company as may be necessary or appropriate to the Company's reorganization effort, including, without limitation, negotiating or otherwise obtaining court authority for use of cash collateral, postpetition financing, the assumption or rejection of executory contracts and unexpired leases, and the sale or other disposition of property other than in the ordinary course of business, (v) negotiate, prepare and propose to creditors such plan of reorganization as the Authorized Officer may deem to be feasible and in the best interests of the Company, (vi) file any pleading appropriate or necessary for the Company to seek relief under any other chapter of the Bankruptcy Code, and (vii) execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including, to the extent applicable, the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote; and it is

FURTHER VOTED: That the law firm of Riemer & Braunstein LLP and Alan L. Braunstein, Esq. of that firm are hereby retained as counsel under general retainer to represent the Company in all proceedings commenced under or resulting from these votes, and that the Company compensate such counsel for its services at its hourly rates in effect at the time such services are rendered, provided that the Authorized Officer may cause the Company to agree to pay a premium over or obtain a discount from such hourly rates by subsequent agreement with such counsel, and to reimburse such counsel in full for its cash disbursements and for such expenses as such counsel customarily bills to its clients, and that the Authorized Officer is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention.

FURTHER VOTED: That the Authorized Person be, and hereby is, authorized and empowered on behalf of and in the name of the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper or desirable.

Dated: July 18, 2018

MANAGERS OF THE COMPANY

_____
Name: Dean A. Tomich
Title: Manager

_____
Name: Gary Wright
Title: Manager

2046727.3

# United States Bankruptcy Court
## Northern District of Illinois

In re  **NCW Properties, LLC**
                                Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Adam Grosch<br>2537 W. Moffatt Street<br>Chicago, IL 60647 | Class A | 2% | |
| Angelo Guagliano and<br>Valerie Guagliano<br>48 Magnolia Blossom Drive<br>Bluffton, SC 29910 | Class A | 2% | |
| Dan Haller<br>5005 N Palisades Road<br>Milwaukee, WI 53217 | Class A | 1% | |
| Dean Tomich<br>2121 Oneida Street<br>Joliet, IL 60435 | Class B | 23% | |
| Gary L. Wright<br>4N426 Knoll Creek Drive<br>Saint Charles, IL 60175 | Class B | 24% | |
| Gary S. Michaels and<br>Jeanne K. Michaels<br>6267 Merit Club Lane<br>Libertyville, IL 60048 | Class A | 2% | |
| J. Brian Hiatt<br>4050 Baverton Drive<br>Suwanee, GA 30024 | Class B | 3.5% | |
| John Argoudelis<br>15133 S Route 59<br>Plainfield, IL 60544 | Class B | 1% | |
| Joseph H and Pauline L Gareau<br>121 Inverness Drive<br>Bluffton, SC 29910 | Class A | 4% | |
| Kevin R. Meadows<br>6N274 Riverside Drive<br>Saint Charles, IL 60174 | Class A | 1% | |
| Larry S Buckendorf<br>7251 W 20th Street L-200<br>Greeley, CO 80634 | Class A | 8% | |

Sheet 1 of 3 in List of Equity Security Holders
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: **NCW Properties, LLC** _____ Case No. _____
                                   Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lawrence J. Ross<br>2643 Showplace Drive, Unit 101<br>Naperville, IL 60564 | Class B | 5% | |
| Peter O'Marra, Corporate Ownership<br>853288 Ontario Limited<br>1248 Ravine Drive<br>Mississauga, Ontario L5J3E4 | Class A | 1% | |
| R&B River Crossing, LLC<br>125 Inverness Drive<br>Bluffton, SC 29910 | Class A | 7% | |
| Ruschel Properties<br>119 Magenta Court<br>Naperville, IL 60564 | Class B | 4% | |
| Sean Mandelbaum<br>12504 Shelby Court<br>Lake Oswego, OR 97035 | Class B | 3% | |
| The Entrust Group Inc.<br>16 Middleton Gardens Place<br>Bluffton, SC 29910 | Class A | 2% | |
| Thomas Manno<br>2619 Breckenridge Lane<br>Naperville, IL 60565 | Class B | 1% | |
| Todd Pooler<br>1225 Wyndham Hill Rd.<br>Fort Collins, CO 80525 | Class A | 1% | |
| Triumph Capital NCW Series, LLC<br>58 N Chicago Street, 2nd floor<br>Naperville, IL 60564 | Class B | 4.5% | |

In re:  **NCW Properties, LLC**                                                              Case No. _____
                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  July 18, 2018                                        Signature  /s/ Dean A. Tomich
                                                                      Dean A. Tomich

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.