UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18bk20215 |
| NCW PROPERTIES, LLC, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO ASI ADVISORS LLC, FINANCIAL ADVISOR FOR DEBTOR, FOR
ALLOWANCE AND PAYMENT OF SECOND INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 17,586.38 | TOTAL COSTS REQUESTED: | $ 70.00 |
| TOTAL FEES REDUCED: | $ 1,557.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 16,029.38 | TOTAL COSTS ALLOWED: | $ 70.00 |

TOTAL FEES AND COSTS ALLOWED: $ 16,099.38

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

ASI Advisors, LLC is authorized to be paid the allowed fees and expenses from the carve out proceeds of the sale approved on September 28, 2018.

(1)     Unreasonable Time – TOTAL of disallowed amounts: $ 1,507.50

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

In this case, the applicant charged 8.0 hours for a hearing that lasted 1.3 hours. The time entry for this hearing is thus reduced by 6.7 hours at the applicant's rate of $225.00 for a total reduction of $1,507.50.

(2)      <u>Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 49.50</u>

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry.  [citation omitted].  Each type of service should be listed with the corresponding specific time allotment."). Entries that lump communications and tasks together without parsing time spent on each communication or task do not allow the court to determine whether the time satisfies the rest of the requirements set forth in the Bankruptcy Code.

Dated:   **JUN 1 8 2019**

_____
Timothy A. Barnes
United States Bankruptcy Judge



**ASI** ADVISORS, LLC

WESTCHESTER FINANCIAL CENTER
50 MAIN STREET, SUITE 1000
WHITE PLAINS, NEW YORK U.S.A. 10606
Tel: (914)-234-6133
Fax: (914)-234-0837

April 10, 2019

NCW Properties, LLC
2121 Oneida, Suite 402
Joliet, Il 60435

## For Services Rendered on Chapter 11 Bankruptcy Case 18-2015 as of October 31, 2018

Hourly Fees per Weekly Time Sheet for the period of October 1 through October 31, 2018

|  | Hours | Rate |
|---|---|---|
| Managing Director | 7.15 | $225.00 |

| Category | Hours | Billing |
|---|---|---|
| Case Administration | .55 | $ 207.00 |
| Sale of Assets/Financing | 1.50 | $ 412.50 |
| Financial Document Production | 0 | $ 0 |
| Schedules/SOFA/MOR | .05 | $ 18.75 |
| Creditor Issues | 3.05 | $ 693.75 |
| Plan/Disclosure Statement | 1.20 | $ 300.00 |
| **Total** | **7.15** | **$ 1,632.00** |

Charges for Services............................................................................$1,632.00

Total ....................................................................................................$1,632.00

**TOTAL BILLING**................................................................................**$1,632.00**

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|-----------------|----------|-------|
| 1-Oct | D.Stukes | 0.25 | E | Call with Dean & Larry- re: discuss possible litigation prospects, claims to contest and why, McNinch matter and how to handle. |
| 3-Oct | D.Stukes | 0.2 | B | Call with Larry R.-discuss transitional matters- car wash operations, bank account transfer to Vieste, Cook oversight and management, matters to prioritize and assist Cook in migrating business from NCW to Vieste. |
| | | 0.1 | B | Call with Alan- confirm closing by Vieste, status of transition of bank accounts from NCW to Vieste, management of car washes, need conf. call with Burkendorf to address his deliverables, |
| | | 0.15 | B | Call with Dean and Larry R.-re:  review all closing matters, transitional matters, their management agreement, logisitics to migrate business from NCW to Vieste |
| | | 0.15 | B | Call with Dean and Gary-re: respond to BCBS outstanding issues, logistics for transfer of business accounts, payroll via NCW, outstanding A/P's at close |
| | | 0.1 | B | Call with Alan-re: discuss BCBS issue and how to be resolved, outstanding payroll matters, outstanding A/P's |
| 4-Oct | D.Stukes | 0.2 | F | Conference call with Alan, Ram, Adam (possible lawyers for litigation)-re: discussed game plan for Plan of Reorganization & why possible hybrid Plan-cash-out and litigation, told them have been reviewing law firms for litigation, Dstukes to be designated as Plan Administrator, 5 groups wanted to form a Creditors Comm  but precluded, claims related to payments not for the benefit of creditors, Tributorty Properties claim and issues, Lawyers posture and legal posture on the same, discussed Bar Date for filing Claim, discuss fraudulent transfer actions, discuss high-level engagement letter |
| | | 0.2 | E | |

| | Category | Professionals | Hours |
|---|----------|---------------|-------|
| A | Case Administration | D.Stukes | 0 |
| B | Sale of Assets/Financing | D.Stukes | 1.1 |
| C | Financial Document Production | D.Stukes | 0 |
| D | Schedules/SOFA | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 0.2 |
| F | Plan/Discloure Statement | D.Stukes | 0.45 |
| G | Creditor Meetings/Healrngs | D.Stukes | 0 |
| TOTAL | | | 2.15 |

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|---|---|---|---|---|
| 11-Oct | D.Stukes | 0.15 | B | Call with Alan-re: status of Berwyn leases, DCR as a back-up, need to discuss disbursements for closing, logistics to close |
| | | | | Review with Alan the following matters- |
| | | 0.05 | E | Gelder litigation matter |
| | | 0.05 | F | Logistics for Plan and related pay-outs/ claims to be paid |
| | | 0.05 | E | NASCAR possible litigation |
| | | 0.05 | E | What claims would be paid |
| | | 0.05 | E | Discuss McNinch, Rueschel, Argedelis claims |
| | | 0.05 | E | Discuss possible law firms to hanlde litigation of claims |
| | | 0.05 | E | Discuss process & timing for litigation of claims |
| | | 0.05 | B | Options to sell NASCAR license, where do proceeds go? |
| | | 0.3 | E | Call with Mathew Barrett-Horwood Marcus & Berk- discuss claim matter |
| | | 0.2 | E | Call with Gary and Dean-re: discuss Gelder claim matter, other claim matters, how to handle members with questions about their post-close position, ASI to communicate with them |
| 12-Oct | D.Stukes | 0.15 | E | Call with Rich Timbo-re: discuss status of Debtor Estate post-close, discuss his claim- equity and debt, how will it be handled, timing of next steps in process |
| | | 0.3 | F | Conference call to discuss Plan with Debtor- have to know how treati |
| | | 0.1 | E | NASCAR, filing Notice of Bar Date-creditors to file claims, options with what and how to file the Plan-2% revenue contribution, should we fil Plan of Liquidation vs Plan of Reorgtanization-pros/cons, status if Coc does not retain, status of Cook negotiating with NASCAR & needs to I completed ASAP, discuss Disclosure Statement requirements, discuss logistics and timing for filing of Plan, need for Liquidation Analysis, is there a need to set-up a newco, general Q&A |
| | | 0.3 | E | Call with Rich Torre-discuss status of closing, what's next in process, his explanation of his claim for equity and debt, what happended to to get where this is now, timing to provide support for claim and how much can he get, general Q&A |
| | | 0.2 | E | Call with Rich Timbo-follow-up call on his claim and next steps |

| | Category | Professionals | Hours |
|---|---|---|---|
| A | Case Administration | D.Stukes | 0 |
| B | Sale of Assets/Financing | D.Stukes | 0.2 |
| C | Financial Document Production | D.Stukes | 0 |
| D | Schedules/SOFA | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 2.4 |
| F | Plan/Disclosure Statement | D.Stukes | 0.35 |
| G | Creditor Meetings/Healrngs | D.Stukes | 0 |
| **TOTAL** | | | **3.3** |

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (In mins.) | Category | TASKS |
|------|---------------|-----------------|----------|-------|
| 16-Oct | D.Stukes | 0.2 | B | Conference call with Alan and Dean-re: discuss items that must to pa by Cook post-close, matters Burkendorf needs to address post close status of Berwyn lease matters, Store/landlord agreement on Estoppel letters |
| | | 0.05 | A | Member calling with complaints and how best to handle |
| 17-Oct | D.Stukes | 0.05 | E | Email Alan names to be included on Bar Notice |
| | | 0.15 | A | Call with Larry R.-re: address UST questions on MOR and other questi |
| | | 0.1 | A | Call with Dean to address UST questions |
| | | 0.1 | A | Email to Alan-address UST questions |
| 18-Oct | D.Stukes | 0.15 | A | Call with Dean to discuss UST questions, reviewed my emails to Alan, Alan questions on the same, Alan compiling a comprehensive email reposne to UST |
| | | 0.05 | D | Email Sept MOR to Alan |

| | Category | Professionals | Hours |
|---|----------|---------------|-------|
| A | Case Administration | D.Stukes | 0.55 |
| B | Sale of Assets/Financing | D.Stukes | 0.2 |
| C | Financial Document Production | D.Stukes | 0 |
| D | Schedules/SOFA | D.Stukes | 0.05 |
| E | Creditor Issues | D.Stukes | 0.05 |
| F | Plan/Discloure Statement | D.Stukes | 0 |
| G | Creditor Meetings/Heairngs | D.Stukes | 0 |
| **TOTAL** | | | **1.25** |


**ASI** ADVISORS, LLC

WESTCHESTER FINANCIAL CENTER
50 MAIN STREET, SUITE 1000
WHITE PLAINS, NEW YORK U.S.A. 10606
Tel: (914)-234-6133
Fax: (914)-234-0837

April 10, 2019

NCW Properties, LLC
2121 Oneida, Suite 402
Joliet, Il 60435

## For Services Rendered on Chapter 11 Bankruptcy Case 18-2015 as of November 30, 2018_____

Hourly Fees per Weekly Time Sheet for the period of November 1 through November 30, 2018

|  | Hours | Rate |
|---|---|---|
| Managing Director | 9.45 | $225.00 |

| Category | Hours | Billing |
|---|---|---|
| Case Administration | 0 | $ 0 |
| Sale of Assets/Financing | .10 | $ 37.50 |
| Financial Document Production | .40 | $ 150.00 |
| Schedules/SOFA/MOR | 0 | $ 0 |
| Creditor Issues | .35 | $ 131.25 |
| Plan/Disclosure Statement | .15 | $ 56.35 |
| Creditor Meetings/Hearings | 8.05 | $ 1,818.75 |
| **Total** | **9.45** | **$ 2,193.85** |

Charges for Services....................................................................$2,193.85

Balance of Billing as of October 31, 2018.............................................$1,632.00

**TOTAL BILLING**...................................................................$3,825.85

**Expenses for the Period:** Transportation Expenses to attend
Hearing held November 14th..........   $   846.78

Total ....................................................................................................$4,672.63

**TOTAL BILLING**.............................................................................**$4,672.63**

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|-----------------|----------|-------|
| 13-Nov | D.Stukes | 0.2 | C | Emails back & forth with Melody and Larry-re: need to complete payroll taxes-Form 941, W-2's, for both 2017 and 2018, logistics to get this done |
| 14-Nov | D.Stukes | 8 | G | Attend Hearing-status, professional fees, next steps, timing |
| 15-Nov | D.Stukes | 0.05 | G | Call with Dean-discuss what happened at hearing, Bar Notice Motion 1/2, application for fees |
| | | 0.1 | E | Discuss strategy for dealing with claims |
| | | 0.05 | F | Discuss process to get Plan confirmed |
| | | 0.1 | F | Discuss what needs to be in Disclosure Statements |
| | | 0.05 | B | Update on pending NASCAR license status |
| | | 0.25 | E | Follow-up call with Dean and Gary--re: Debtor's desire to commence action against NASCAR after Plan filed, discuss rational and why, discuss basis and logistics, they felt defrauded, paid over $3MM in fees for nothing , payments hurt cash flow so served for the demise of NCW, various misrepresentations by NASCAR |
| 16-Nov | D.Stukes | 0.2 | C | Call with Melody to discuss questions on the Oct MOR by Alan and UST-reviewed MOR with her in details and suggested changes, reviewed revised MOR completed on the phone, email MOR to Alan for submission to UST |
| | | 0.05 | B | email BCBS payment required as pre-petition liability and support source of payment |

**(1) Unreasonable Time** *(annotation against the 14-Nov "8 G" entry)*

| | Category | Professionals | Hours |
|--|----------|---------------|-------|
| A | Case Administration | D.Stukes | 0 |
| B | Sale of Assets/Financing | D.Stukes | 0.1 |
| C | Financial Document Production | D.Stukes | 0.4 |
| D | Schedules/SOFA | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 0.35 |
| F | Plan/Disclosure Statement | D.Stukes | 0.15 |
| G | Creditor Meetings/Hearings | D.Stukes | 8.05 |
| **TOTAL** | | | **9.45** |

EXPENSES-Travel from NYC to Chicago to attend Debtor Hearing- $864.78

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (In mins.) | Category | TASKS |
|------|---------------|-----------------|----------|-------|
| 19-Nov | D.Stukes | 0.1 | D | Review MOR with Alan-questions $462.93 Prof Fees, BCBS, Romeville taxes, agree to hold and file after revision |
|  |  | 0.1 | D | Email to Dean, Larry, Melody-Inquire about the need to revise MOR |
| 21-Nov | D.Stukes | 0.1 | D | Emails to Alan to discuss revised MOR, Alan to email UST MOR after one more change |
|  |  | 0.05 | D | Email Dean & Larry-re: communicate got extension to file MOR to Monday 11/26 |
| 22-Nov | D.Stukes | 0.05 | D | Email to Dean- need to get revisions on MOR ASAP in order to send to Alan |
| 22-Nov | D.Stukes | 0.15 | D | Call with Dean & Melody-re: discuss the four questions/issues, resolved questions & revisions to Exihbit B of Oct MOR |

| | Category | Professionals | Hours |
|---|----------|---------------|-------|
| A | Case Administration | D.Stukes | 0 |
| B | Sale of Assets/Financing | D.Stukes | 0 |
| C | Financial Document Production | D.Stukes | 0 |
| D | Schedules/SOFA | D.Stukes | 0.55 |
| E | Creditor Issues | D.Stukes | 0 |
| F | Plan/Discloure Statement | D.Stukes | 0 |
| G | Creditor Meetings/Heairngs | D.Stukes | 0 |
| **TOTAL** | | | **0.55** |

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (In mins.) | Category | TASKS |
|------|---------------|-----------------|----------|-------|
| 30-Nov | D.Stukes | 0.45 | E | Call with Gary w.-re: discuss how to submit a claim, possible claim of his and his family members, how much and when they put money in, pros/cons of he submitting a claim, discuss where and how to file claim, Gary discussed rationale for filing, I discussed my concerns & obstacles |

| | Category | Professionals | Hours |
|---|----------|---------------|-------|
| A | Case Administration | D.Stukes | 0 |
| C | Financial Document Production | D.Stukes | 0 |
| D | Schedules/SOFA | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 0.45 |
| F | Plan/Discloure Statement | D.Stukes | 0 |
| G | Creditor Meetings/Heairngs | D.Stukes | 0 |
| **TOTAL** | | | **0.45** |



ADVISORS, LLC

WESTCHESTER FINANCIAL CENTER
50 MAIN STREET, SUITE 1000
WHITE PLAINS, NEW YORK U.S.A. 10606
Tel: (914)-234-6133
Fax: (914)-234-0837

April 10, 2019

NCW Properties, LLC
2121 Oneida, Suite 402
Joliet, Il 60435

## For Services Rendered on Chapter 11 Bankruptcy Case 18-2015 as of December 31, 2018_____

Hourly Fees per Weekly Time Sheet for the period of December 1 through December 31, 2018

|  | Hours | Rate |
|---|---|---|
| Managing Director | 2.50 | $225.00 |

| Category | Hours | Billing |
|---|---|---|
| Case Administration | .15 | $ 56.25 |
| Sale of Assets/Financing | 1.05 | $ 243.75 |
| Financial Document Production | .20 | $ 75.00 |
| Schedules/SOFA/MOR | 0 | $ 0 |
| Creditor Issues | .30 | $ 112.50 |
| Plan/Disclosure Statement | .25 | $ 93.75 |
| Creditor Meetings/Hearings | 0 | $ 0 |
| **Total** | **2.50** | **$ 581.25** |

Charges for Services.................................................................$ 581.25

Balance of Billing as of November 30, 2018....................................$ 4,672.63

**TOTAL BILLING**.......................................................................$ 5,253.88

Total ................................................................................$5,253.88

**TOTAL BILLING**................................................................**$5,523.88**

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|-----------------|----------|-------|
| 3-Dec | D.Stukes | | | Call with Alan-re: |
| | | 0.05 | A | discuss Trust accounts disbursements |
| | | 0.1 | B | discuss status of car wash operations under J. Cook |
| | | 0.1 | B | discuss Burkendorf involvement & interaction to date as an investor |
| | | 0.05 | C | discuss status of outstanding 2017 corp. taxes & P/R taxes, discuss 2018 outstanding taxes |
| | | 0.05 | E | discuss Gary's wife submitting her claim-potential to be disallowed |
| | | 0.05 | C | discuss next steps /timing for P/R taxes |
| | | 0.05 | E | discuss litigation prospects and probability of success |
| | | | | Call with Alan-re: |
| | | 0.1 | F | discuss Plan post-petition payroll tax liability, how to pay, options for deferred payment plan, assumption on the amount of liability |
| | | 0.05 | A | discuss inquiry from Adam Grosch -investor-he wants info on his 2% investment , wants communication on going basis |
| | | 0.05 | B | discuss NASCAR license status, have they been paid discuss Dean & Larry on status with Store and on Plan |
| | | 0.1 | A | Respond email from Adam Grosch-2% owner in NCW LLC, wants to know status can he write-off of equity, questions on future recovery |
| 4-Dec | D.Stukes | 0.1 | B | Email to Dean & Gary-discuss possible sale of Vieste by Joe Cook to another party, who is party, aspects of terms & conditions |
| | | 0.05 | F | discuss with them the need to complete a Plan in order for Dean/Gary to obtain releases from Store Capital & others, explained they have not been released as of this time by Store. |
| | | 0.05 | F | discuss Store, Joe Cook, and Tributory have signed plan support agreements but no release so still could litigate |
| | | 0.1 | B | discuss impact on proposed sale if completed as NCW Properties would not get the the management fee and 2% deferred fee on revenues, how that impacts a Plan, discussed focusing on select litigations as part of Plan to increase recoveries for creditors, their questions about what happens if no recoveries from litigation |
| | | 0.05 | B | Review email from BCBS on group insurance and non-payment, Dean explained switched from BCBS from United, will provide evidence of coverage |
| | | 0.1 | B | Call with Alan-update on call with Dean & Larry, discuss lack of NCW revenues, contribution to be made to estate if Dyer buys wash units, |
| | | 0.1 | F | how to pay the IRS outstanding taxes with no 2/4% contribution discuss litigation plan and prospects to collect, discuss Plan must be confirmed to get $23Mm release from Store, discuss prospects & issues if Burkendorf acquire 100% of Vieste, could there be successor liabilities, need to know what are the tax liabilities for 2017 & 2018 to determine admin claim and deferred payments per Plan |
| 5-Dec | D.Stukes | 0.15 | E | Call with Dean-wanted guidance on his proposed call with two investors who wants clarity on timing & process for a Plan, wanted more details on the attributes of a litigation plan , what claims would be contested, discussed McNinch and Augedilis claims and why disputed, discussed possible recovery amounts and impact to creditors |

| | Category | Professionals | Hours |
|---|----------|---------------|-------|
| A | Case Administration | D.Stukes | 0.15 |
| B | Sale of Assets/Financing | D.Stukes | 1.05 |
| C | Financial Document Production | D.Stukes | 0.1 |
| D | Schedules/SOFA | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 0.3 |
| F | Plan/Disclosure Statement | D.Stukes | 0.25 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |
| **TOTAL** | | | **2.25** |

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|-----------------|----------|-------|
| 13-Dec | D.Stukes | 0.15 | E | Emails with Rich Timbo-address questionsabout his investment/equity, can it be writtien off, what about his loan outstanding, status of his claim, general questions about what is a Plan and how it will be constructed, wanted timing on the same and next steps |
| 14-Dec | D.Stukes | 0.1 | C | Email with Dean/Larry R/ Melody-discuss status of 2017 Partnership return, 2017 revised payroll taxes to be filed, revisd quarterly P/R taxes for 2018, the need to file to ascertian Plan payments, status of payroll now via Viests |

| | Category | Professionals | Hours |
|---|----------|---------------|-------|
| A | Case Administration | D.Stukes | 0 |
| B | Sale of Assets/Financing | D.Stukes | 0 |
| C | Financial Document Production | D.Stukes | 0.1 |
| D | Schedules/SOFA | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 0.15 |
| F | Plan/Disclosure Statement | D.Stukes | 0 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |
| | **TOTAL** | | **0.25** |



**ASI** ADVISORS, LLC

WESTCHESTER FINANCIAL CENTER
50 MAIN STREET, SUITE 1000
WHITE PLAINS, NEW YORK U.S.A. 10606
Tel: (914)-234-6133
Fax: (914)-234-0837

April 10, 2019

NCW Properties, LLC
2121 Oneida, Suite 402
Joliet, Il 60435

## For Services Rendered on Chapter 11 Bankruptcy Case 18-2015 as of January 31, 2019_____

Hourly Fees per Weekly Time Sheet for the period of January 1 through January 31, 2019

|  | Hours | Rate |
|---|---|---|
| Managing Director | 15.45 | $225.00 |

| Category | Hours | Billing |
|---|---|---|
| Case Administration | .55 | $ 206.25 |
| Sale of Assets/Financing | 5.10 | $ 1,162.50 |
| Financial Document Production | 1.00 | $ 225.00 |
| Schedules/SOFA/MOR | 2.05 | $ 468.75 |
| Creditor Issues | 5.35 | $ 1,256.25 |
| Plan/Disclosure Statement | 1.00 | $ 225.00 |
| Creditor Meetings/Hearings | 0 | $ 0 |
| **Total** | **15.45** | $ **3,543.75** |

Charges for Services.................................................................$ 3,543.75

Balance of Billing as of December 31, 2019.........................$ 5,253.88

**TOTAL BILLING**.................................................................**$8,797.63**

Total ……………………………………………………………………………………………….$ 8,797.63

**TOTAL BILLING**…………………………………………………………………..**$ 8,797.63**

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|------|----------|-------|
| 3-Jan | D.Stukes | 0.15 | E | Call with Alan to discuss questions from Rich Timbo on how to treat his investment |
| | | | | need for update and status of case process, the need for an all hands update call that should include Cook's counsel and Burkendorf's counsel, next steps and timing to move process forward |
| 4-Jan | D.Stukes | | | Call with Dean- |
| | | 0.05 | | status of Cook and NASCAR license deal, do they need court approval to sign NASCAR license deal (no) |
| | | 0.05 | | status of Berwyn wash operations, still closed, discuss what's needed to open and timing, impact of revenues, |
| | | 0.1 | | status of discussions with Larry Burkendorf to possibly take over 100% of Vieste and why, what provisions in Operating Agmt to facilitate |
| | | 0.05 | | update on status of corporate taxes for 2017 and payroll taxes agenda for propsoed conference call |

| | Category | Professionals | Hours |
|---|----------|---------------|-------|
| A | Case Administration | D.Stukes | 0 |
| B | Sale of Assets/Financing | D.Stukes | 0.2 |
| C | Financial Document Production | D.Stukes | 0.05 |
| D | Schedules/SOFA | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 0.15 |
| F | Plan/Disclosure Statement | D.Stukes | 0 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |
| | **TOTAL** | | **0.4** |

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (In mins.) | Category | TASKS |
|------|---------------|------|----------|-------|
| 7-Jan | D.Stukes | | | Conference call Dean, Alan- |
| | | 0.15 | F | discuss the need for Disclosure Schedules-need history, detail on claims, all that is needed to complete, discuss what is needed in a Plan and options for payment of claims |
| | | 0.05 | F | discuss Bar Date and implications related to claims |
| | | 0.1 | B | discuss status of wash operations & wash units under Vieste, what is impact of 2% due to NCW per Sale Agreement |
| | | 0.1 | A | how to get releases for Dean & gary-Implications & issues the need to pay payroll taxes, discuss deferred payment plan over five years |
| | | 0.1 | B | discuss Plan B for Vieste-Burkendorf to take over 100% and why, discuss |
| | | 0.05 | B | Joe Cook issues with lack of funding foe Vieste, impact on NCW |
| | | 0.05 | B | discuss need for payroll taxes to be completed and W-2's ASAP, discuss high level tax liability amounts and impact on Plan |
| | | 0.1 | F | discuss timing and next steps to complete Plan and Disclosure Schedules |
| | | 0.05 | B | staus of Cook discussions with NASCAR related to the license prospectively, has the license fees been paid to date |
| | | 0.05 | E | need updated Claims Register to review |
| | | 0.05 | E | UST wants creditors to have adequate time to submit claims thus push back Bar Date |
| 9-Jan | D.Stukes | | | Email to Alan and Dean |
| | | 0.05 | A | agenda for 1/11 conference call |
| | | 0.05 | C | need to get 2017/2018 payroll taxes completed matters to address for the Plan |
| 11-Jan | D.Stukes | | | Call with Alan- |
| | | 0.05 | B | status of pending sale with Dan Dyer |
| | | 0.05 | B | status of pending take-over by Burkendorf |
| | | 0.1 | C | discuss outstanding payroll taxes issue for 2017 &2018 |
| | | 0.05 | F | discuss down stream payments |
| | | 0.05 | F | discuss legacy payments |
| | | 0.05 | F | discuss need for Disclosure Schedules |
| | | | | Conf call with Joe Cook, Alan, Dan Dyer, Burkendorf |
| | | 0.15 | B | discuss overall status of Vieste and their issues to date |
| | | 0.05 | B | need to review Vieste Org. docs relato to Burkendorf take-over |
| | | | | discuss Timbo claim at $250K |
| | | 0.15 | E | discuss other problemmatic creditors who have been calling |
| | | 1 | E | discuss claims with no support-Winkosy, Hyatt, Smith, McNinch |
| | | 0.05 | C | agreed ASI will now complete payroll tax returns for 2017/2018 |
| | | 0.05 | F | discuss need ti understand amount & nature of downstream payments |
| | | 0.25 | B | Review of Vieste CW Holdings, LLC Operating Agreement, notes of transfer triggers, managing member authority, how Burkendorf can take over |
| | | 0.2 | E | Review of Proof of Claims Register |

| | Category | Professionals | Hours |
|---|----------|---------------|-------|
| A | Case Administration | D.Stukes | 0.15 |
| B | Sale of Assets/Financing | D.Stukes | 1.25 |
| C | Financial Document Production | D.Stukes | 0.2 |
| D | Schedules/SOFA/MOR | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 1.35 |
| F | Plan/Disclosure Statement | D.Stukes | 0.5 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |
| | **TOTAL** | | **4.2** |

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|-----------------|----------|-------|
| 17-Jan | D.Stukes | 0.05 | E | Review McNinch's email on Proof of Claim and his rationale documents |
| | | 0.05 | E | Review Alan's response to McNinch email stating questions |
| | | 0.55 | E | Review of all McNinch supporting documents for Proof of Claim (12 attachments) |
| 18-Jan | D.Stukes | 0.1 | A | Call with Alan- discuss agenda for status hearing on Jan 26 update on mu discussions with Dean -p/r taxes, Burkendorf general strategy on status hearing |
| | | 0.2 | D | Review email with numerous questions on Novemeber MOR from Macken / send email to Dean for review and to address/ my comments on the open items and questions/need to interact with Melody |
| | | 0.2 | D | Respond to Macken (R&B) detailed questions on Nov. MOR- details on cash receipts, why no p/r tax payments, source of cash receipts, details on payroll analysis, who paid and how |
| | | 0.2 | D | Call with Alan to discuss all the above matters pertaining to the Nov. MOR, his concerns with how P/R has been treated, they need to revise before sending to UST |
| | | 0.2 | B | Call with Larry Ross- discuss banking matters at wash level and banking at NCW corp.level discuss his views on both the proposed Burkendorf deal and the Dyer deal, doubts about Dyer, need to resolve quickly in order to proceed, discuss the flow of funds at 2% from washes to NCW and how reflected on MOR, discuss sub license fees reported on MOR vs going to Vieste |
| | | 0.5 | D | |
| | | 0.15 | B | Call with Dean-update on Cook cash position and with NASCAR lic deal, explanation of cash receipts in MOR, debrief about the call with Larry R, next steps with Burkendorf deal, timing on all |
| | | 0.1 | D | Detailed memo to Alan summarizing current state of affairs with both |
| | | 0.15 | B | Vieste and NCW Properties, explanation of cash receipts in MOR, next steps of Cook deal, debrief on call with Dean, debrief on call with Larry R., status and next steps with Burkendorf |

| | Category | Professionals | Hours |
|---|----------|---------------|-------|
| A | Case Administration | D.Stukes | 0.1 |
| B | Sale of Assets/Financing | D.Stukes | 0.55 |
| C | Financial Document Production | D.Stukes | 0 |
| D | Schedules/SOFA/MOR | D.Stukes | 1.1 |
| E | Creditor Issues | D.Stukes | 1.05 |
| F | Plan/Disclosure Statement | D.Stukes | 0 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |
| **TOTAL** | | | **3.2** |

ASI ADVISORS, LLC
WEEKLY TIME SHEET-NCW PROPERTIES, LLC

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|------|----------|-------|
| 19-Jan | D.Stukes | | | Call with Alan- |
| | | 0.1 | A | discuss concerns with Debtor estate posture |
| | | 0.1 | D | concern about last MOR with negative cash flow & build-up of A/P's, issues with o/s P/R taxes, discuss why no work comp insurance, can't collect NASCAR sub license fees, discss NCW having P/R go thru Vieste, must have down stream payments for the Plan, status of Burkendorf negotiations to take over 100% of Vieste, Alan's desire to speak to Burkendorf's counsel |
| | | 0.35 | B | Call with Dean-discuss all aspects above from Alan's call, the Importance of addressing all these matters, the impact on staying in Chp.11, the impact on filing a Plan, my direction on what must be done to address the above, the need to bring Burkendorf into all that is going on, discuss Dean & Gary potential liabilities, sucessor laibility issues for Burkendorf, detailed discussion on my concerns overall |
| 21-Jan | D.Stukes | 0.15 | C | Two detailed emails to Dean-open items needed ASAP, 2017 P/R tax data, 2018 P/R tax data, Ptnship returns, W-2's, MOR for December |
| | | 0.05 | C | Summarize call and matters for Plan and current opertations-post-close P/R tax liability, switch P/R to Vieste, post-close work. Comp. get work. Comp. via Vieste, NCW must have no P/R at all, group ins. via Vieste |
| | | 0.1 | B | can't receive sub-license fees in NCW and must be remited to Vieste Mgt fee accrued post close must be paid to NCW by Vieste or any successor |
| | | 0.1 | B | need analysis of 2% fee collected with any excess going towards mgt fee accrued post-close that must be paid to NCW by Vieste, thoughts on Dyer deal and thoughts on Burkendorf deal, my push for Burkendorf deal and why |
| | | 0.1 | B | discuss additional monies needed to open Berwyn, the outstanding property taxes to Store |
| | | 0.1 | F | how to construct downstream payments to support Plan |
| | | 0.05 | C | status of completion of 2017/2018 payroll taxes to ascertain liability |
| 22-Jan | D.Stukes | 0.25 | D | Review of dec MOR and draft comments-Beg Bal. missing, ATM with drawls, explantion of C/R from wash units, questions on sub-license fees, unpaid P/R taxes, email Dean and Melody on the same |
| | | 0.15 | D | Call with Meldoy to discuss MOR matters and questions, how to revise, questions about reconcilition of bank bal to book bal to get revised MOR |
| | | 0.2 | E | Call with Michael McNinch-wanted full update on status of Plan, status of timing, discussed his claim in detail and related supporting data, when & how payments could start via a Plan, discuss waterfall payments to creditors, discuss possible down stream payments, forward to be updated |
| | | 0.15 | A | Review of Alan's presentation to UST/Judge for status heairng, forward my comments on the same |
| | | 0.05 | D | Follow-up email with Alan with Alan on Dec MOR and excess cash receipts |
| | | 0.05 | A | Review again summary from Alan on status hearing |
| | | 0.05 | A | Follow-up with Dean to address open items |
| 25-Jan | D.Stukes | 0.15 | B | Call with Dean- discuss his meeting with Cook and Burkendorf in Denver, outcome Burkendorf's proposal to move forward with take over of Vieste discuss what is needed to get wash operations back on track operationally and financially |

| | Category | | |
|---|---|---|---|
| A | Case Administration | D.Stukes | 0.3 |
| B | Sale of Assets/Financing | D.Stukes | 1.2 |
| C | Financial Document Production | D.Stukes | 0.25 |
| D | Schedule/SOFA/MOR | D.Stukes | 0.55 |
| E | Creditor Issues | D.Stukes | 0.25 |
| F | Plan/Discloure Statement | D.Stukes | 0.1 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |
| **TOTAL** | | | **3.45** |

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|------|----------|-------|
| 26-Jan | D.Stukes | 0.05 | E | Review email from Alan -Motion for Adminstrative Expense to be paid to NASCAR- Issues & solutions |
| | | 0.05 | E | Call with Alan B.-discuss details of NASCAR Adminstrative Motion to be be paid $127,000, what are the possible defenses, need to have conference call with Debtor and NASCAR to discuss |
| | | 0.05 | E | discuss Burkensdorf submitting claim for $875,000-issues and how best to handle |
| | | 0.05 | E | update on Burkendorf taking over Vieste |
| | | 0.25 | B | Call with Dean-discuss next steps with Burkendorf to take-over Vieste at 100%, status of operations of the washes, status of Berwyn, timing for take-over, Joe Cook posture on the same, deferred maintenance matters for washes, status of Store lease payments, status of property taxes |
| 29-Jan | D.Stukes | 0.5 | E | Conference call with Alan B, Philp B, Dean Gary- discuss NASCAR Motion filed, detailed discussion on possible defenses for us to object, plan to object and why, filed post-petition vs filed for pre-petition license fees, admin claim if stands will impact payments at Plan confirmation, the need for Larry B to interact and negotiate with NASCAR to get claim waived, discuss the license was not rejected but should be rejected, Debtor still owes NASCAR since collected sub-license fees, discuss orignal license agreement and what it covers, discuss Cook had an oral agreemetn to extend past the 30 day letter agreed to at closing by Vieste, discuss what written communications does he have on the same |
| | | 0.2 | E | discuss Bar Date and claims submitted, which ones are supported and allowable and which ones were not properly supported, discuss select claims in detail, Alan to communicate with those that has inadequate support |
| | | 0.1 | B | discuss 2% fee in sale agreement how it is being collected monthly versus annual per agreement and why |
| | | 0.2 | B | Follow-up call with Dean- discuss topics on conference call in  more detail, discuss Dean's follow-up tasks and open items and related timing |
| 30-Jan | D.Stukes | 0.5 | B | Conference call with Dean and Larry Burkendorf-update him on status of bankrutpcy process,discuss no managementfee paid to date and will he pay a mgt fee going forward, stated he would be would reconfigure, some history on NCW and who they got where they are today leading to filing, discuss the cash needed to suport Plan if he wants to opt out of the 2% annual fee to NCW per sale agreement, ramifications if Plan is not confirmed,  details on 2% fee in agreement and management fee not in agreement,discuss possible litigation claims we want to pursue in a litigation plan and why, discuss NCW personnal needs and related payroll/insurances, the need to close individual car wash unit bank accounts, all must go to Vieste and why |
| | | 0.1 | B | Follow-up call with Alan to debrief on above call |
| 31-Jan | D.Stukes | 0.1 | C | Email to Dean, Larry R, Melody-re: discuss open items on payroll taxes, MOR issues, general open items |

| | Category | | |
|---|---|---|---|
| A | Case Administration | D.Stukes | 0 |
| B | Sale of Assets/Financing | D.Stukes | 1.1 |
| C | Financial Document Production | D.Stukes | 0.1 |
| D | Schedule/SOFA/MOR | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 2.15 |
| F | Plan/Disclosure Statement | D.Stukes | 0 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |

| | | | |
|---|---|---|---|
| **TOTAL** | | | **3.35** |



**ASI** ADVISORS, LLC

WESTCHESTER FINANCIAL CENTER
50 MAIN STREET, SUITE 1000
WHITE PLAINS, NEW YORK U.S.A. 10606
Tel: (914)-234-6133
Fax: (914)-234-0837

April 10, 2019

NCW Properties, LLC
2121 Oneida, Suite 402
Joliet, Il 60435

## For Services Rendered on Chapter 11 Bankruptcy Case 18-2015 as of February 28, 2019_____

Hourly Fees per Weekly Time Sheet for the period of February 1 through February 28, 2019

|  | Hours | Rate |
|---|---|---|
| Managing Director | 31.25 | $225.00 |

| Category | Hours | Billing |
|---|---|---|
| Case Administration | .45 | $     168.75 |
| Sale of Assets/Financing | 5.25 | $  1,218.75 |
| Financial Document Production | 12.40 | $  2,850.00 |
| Schedules/SOFA/MOR | .35 | $     131.25 |
| Creditor Issues | 10.05 | $  2,268.75 |
| Plan/Disclosure Statement | 1.55 | $     431.25 |
| Creditor Meetings/Hearings | 0 | $     0 |
| **Total** | **31.25** | **$  7,068.75** |

Charges for Services...................................................................$ 7,068.75

Balance of Billing as of January 31, 2019............................................$ 8,797.63

**TOTAL BILLING................................................................ ...$15,866.38**

Total ...............................................................................................$15,866.38

**TOTAL BILLING**...............................................................................**$15,866.38**

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|------|----------|-------|
| 4-Feb | D.Stukes | | | Call with Alan B- |
| | | 0.3 | F | detailed discussion on monies needed to confirm Plan is get lump-sum payment from Burkendorf, discuss various options for claims accepted how best to handle pre-petition taxes in deferred payment plan-assumptions on the same, discuss litigation counsel function and retainer amouns for them, discuss Plan Trustee and retainer amounts, discuss preparation of tax return for 2017 and 2018, discuss estimated UST fees,  discuss various payment plans, discuss in more detail actual |
| | | 0.2 | E | amounts on P/R taxes due and foe what periods, discuss claims listed in detail and what actions for each one, a lot of discussion on CW Mezz. clam and litigation prospects & fradulent conveyance issues,  discuss classes of claims  and preference analysis |
| 5-Feb | D.Stukes | 0.1 | B | Email from Macken-questions on revised NASCAR license payments , license agreement, asked for written revsied agreement from NASCAR email to Dean requesting updated documents |

| | Category | | |
|---|---|---|---|
| A | Case Administration | D.Stukes | 0 |
| B | Sale of Assets/Financing | D.Stukes | 0.1 |
| C | Financial Document Production | D.Stukes | 0 |
| D | Schedule/SOFA/MOR | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 0.2 |
| F | Plan/Discloure Statement | D.Stukes | 0.3 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |
| **TOTAL** | | | **1** |

ASI ADVISORS, LLC
WEEKLY TIME SHEET-NCW PROPERTIES, LLC

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|---|---|---|---|---|
| 7-Feb | D.Stukes | 1.1 | B | Conference call with Dean and Larry B.- status of Larry taking over 100% of Vieste Larry wanting to understand the 2% payment trigger in sale agreement for a period of 9 yrs., explain the need for those fees to pay creditors to confirm Plan, review possible disbursements to be paid to confirm Plan-P/R taxes, litigation counsel, Plan Trustee, tax prep, UST fees, etc, discussed possible amounts for lump-sum payments in lieu of the 2% annual fee, will we accept and negotiate,discussed possible claims to be a low of $1MM to high of $3MM, still sorting out claims, discuss what happens if NCW gets converted to a Chp. 7 case, timing to get Plan submitted and then confirmed, status of NASCAR license and their related admin claim matter, defenses to object to admin claim, status of Cook & Store lease payments |
| | D.Stukes | 0.2 | B | Call with Alan-update on call with Burkendorf, discuss his status with moving forward to control Vieste, his gameplan and thoughts, discuss wash unit operating issues due to lack of cash, discuss the need for Alan to talk with Larry B's counsel , discuss the need for Larry B to talk with NASCAR directly ASAP to resolve prospective license agreement & current admin claim |
| | D.Stukes | 0.1 | B | Call with Dean- review discussions with Burkendorf , the need to move things forward with him quickly, timing, issues with NASCAR |
| 8-Feb | D.Stukes | 0.1 | B | Email from Larry B-document  memorializes 100% control of NCW Properties, review pro forma prepared previously with his written comments, his notes on budget to actual on the same |
| 11-Feb | D.Stukes | 0.1 | B | Email to Dean-re: concerned with status of movement, need P/R tax data ASAP, need MOR for Dec, Larry needs to call NASCAR ASAP Larry needs to formally communicate Vieste is taking over to NASCAR, need to nail down is he doing the lump-sum or will he stay with the 2% fee, need to resolve these matters before the next status hearing |
| | D.Stukes | 0.05 | E | Email to Alan-status of reviewing claims, need to know the amount of allowed claims to discuss with Larry B. |
| 12-Feb | D.Stukes | 0.1 | E | Email to Dean and Gary-re: disbursements needed to be reviewed at closing of Store financial transaction to understand claims filed, need to review and understand subsequent payments made six-months after Store transaction-who got what and when as impacts claims & preferential transfers |
| | | 0.05 | E | Review email from Alan on documents needed in order to review and assess claims filed |
| 13-Feb | D.Stukes | 0.1 | B | Call with Alan-status of gettting requested documentation on Store financing transaction  & subsequent payments, status of Vieste ops & Larry B take-over of company, |
| | | 0.05 | F | status on completing draft Plan and Disclosure Statement |
| | | 0.05 | D | status with not getting the Dec MOR |
| | | 0.05 | A | his concern with poor communication with Debtor, ramifications if case gets converted to Chp 7 |
| | | 0.05 | A | Email to Dean and Larry B- need to have a conference call to discuss status |
| | | 0.2 | C | Call with Melody-re: discuss documentation needed for payroll tax matters, 2017 tax information status, 2018 tax information information-no W-2's issues, 1/2 yr payroll on ADP and 1/2 year not, need to review all payments for compensation by management, need check registers for six-month post close Store financing deal and 120 days prior to filing |
| | | 0.15 | A | Call with Gary Wright-discuss issues, status of open matters, need to follow-up with Dean, update him on activities to date, he must be engaged |

| Date | Name | Hours | Cat | Description |
|---|---|---|---|---|
| | | 0.1 | C | Email to Larry, Gary, Dean Melody-detail list of all data needed ASAP, listed all items needed |
| | | 0.4 | E | Review of Store Capital closing statements for the sale of assets and related master lease agreement and financing agreement, review supporting schedules, detail payments to equity holders and note holders |
| 14-Feb | D.Stukes | 0.1 | B | Email to Alan B.-summarize activities yesterday, emails back and forth with Dean & Gary on status, call with Melody on matters, receipt of Store Capital closing statement, my follow-up with Larry B today, stressed the need for an all hands conf call, the need for Larry B. to engage with NASCAR immediately |
| | | 0.05 | C | |
| | | 0.35 | B | Call with Larry Ross-long discussion on multiple matters-status of outstanding documents needed for review, discuss Store Capital closing payments to equity holders/noteholders and residual notes that were transferred to NCW post close & why, status of wash operations today, my discussion with Larry B and where things stand, pros & cons of his proposal, status hearing on 3/5, what is needed to complete Plan & Disclosure Statement, concerns with getting documents, status of discussions with Cook |
| 15-Feb | D.Stukes | 0.25 | C | Review email from Melody on 2018 P/R taxes, review her payroll analysis of ADP P/R & quickbooks P/R, contract labor, email response with my analysis and detail questions, compiled list of follow-up questions |
| | | 0.15 | C | review of ADP/Quickbooks payroll tax returns for 2018 |
| | | 0.15 | C | Call with Melody -discuss questions on documents/data needed, discuss documents sent for my review, discuss open items still outstanding |

| | Category | | |
|---|---|---|---|
| A | Case Administration | D.Stukes | 0.25 |
| B | Sale of Assets/Financing | D.Stukes | 3 |
| C | Financial Document Production | D.Stukes | 1.3 |
| D | Schedule/SOFA/MOR | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 1 |
| F | Plan/Disclosure Statement | D.Stukes | 0.05 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |
| **TOTAL** | | | **6** |

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|---|---|---|---|---|
| 18-Feb | D.Stukes | 0.25 | C | Call with Melody-discuss the overall status with NCW Properties, what's going on with Chp 11 process, what's needed to get a Plan drafted and approved, her concern with the current operations, updated her on what I know about the Vieste ops, Vieste needs to handle P/R and not NCW, utilities need to transferred to Vieste, NCW wash LLC's need to be closed, Vieste needs to get ADP and produce P/R Tax returns need partnership taxes for 2017 and what is plan to get 2018 completed |
| 19-Feb | D.Stukes | 0.05 | B | Email to Burkendorf-wanting an update, status of license deal with NASCAR, next steps with Plan, we need to talk |
| | | 1.35 | E | review of seven months on cash disbursement journals for NCW Properties post close Store Capital financing transaction, review to ID claimant payments |
| | | 0.55 | E | review of cash disbursements journal for NCW Properties for 120 days prior to filing for preference items |
| | | 0.1 | D | review revised Dec. MOR and forward to Alan for filing |
| | | 0.1 | A | call with Dean and Melody to discuss payment due to UST @$1,950, discuss timing for payroll, need to pay UST fee ASAP, review email from Alan and UST |
| | | 0.4 | E | call with Alan to discuss material disbursments from NCW six-month post Store Capital transaction, provide explanation for payments to claimants and other parties, ascertain if loan payment or equity payment, discuss implication for claim to be allowed or not |
| 20-Feb | D.Stukes | 0.2 | B | Call with Larry B-discuss NASCAR license status and negotiations, NCW payroll issues and health insurance, need to transfer to Vieste immediately, staus of Plan and required payments to support Plan, close NCW car wash LLC's and bank accounts, use of proceeds to support Plan, discuss status of evaluating claims |
| | | 0.05 | C | Email to Dean and Melody-remaing open items needed-P/R taxes, Partnership returns, tax info |
| | | 0.15 | E | Call with Alan-discuss payments within 120 days prior to filing, some quesitons of specific payments |
| | | 0.35 | E | review disbursements for periods of Sept. '17 through March '18 |
| | | 0.2 | E | Call with Alan to review disbursements and possible preference items, understanding nature of payments |
| 21-Feb | D.Stukes | 0.35 | B | Conf call with Dean and Larry B. NASCAR license-status of Admin claim sub-license fees must go to Vieste not NCW status of Plan-claims and P/R taxes discuss P/R taxes for 1/1/19-thru 2/20/19 close all NCW car wash bank accounts & transfer all utilities ASAP discussed $200K in Trust account of R&B and how it will be disbursed discussed next stpes |
| | | 0.2 | B | Call with Alan- discuss call with Larry and Dean and topics discussed above |
| | | 0.1 | B | Prepare Chapter 11 Use of Proceeds closing statement |
| | | 0.15 | B | Prepare summary email detailing topics discussed on calls with all and action steps and related timing |
| | | 0.1 | B | Call with Larry Ross- provide full update on activities Burkendorf and Status of Plan |
| | | 0.1 | D | Review of Jan MOR and prepare notes and comments for review |
| 22-Feb | D.Stukes | 2.55 | C | Preparation of Payroll tax returns for 2017, review and compile payroll summaries by quarter as basis for Form 941's and W-2's and State W/H's, and unemployment returns |
| | | 1.15 | E | Conference call with Alan, Larry, Dean- discuss claims- Cook & Store-Plan support agreement discuss 3 classes of claims with rationale |

discuss McNinch claim in detail-how we will treat and litigate
discuss claims for Gary's family- will be disallowed
discuss Timbo's loan and equity contribution, loan was not to NCW
but predecessor company so will disallow
summarized allowed and disallowed claims
summarized claims should not exceed $1.5MM
discuss payroll tax issues and options on how best to handle liabs.
status of objection of NASCAR admin claim - was post sale not pre-petition
suggest Burkendorf's counsel should participate in 3/5 status hearing
how to fund and deal with litigation if Vieste will not provide
financial support to litigation counsel
going to circulate Disclosure Statements-will need their review to
comprehensively complete

0.35 C    complete IL-941's for four quarters 2017

|   | Category |  |  |
|---|---|---|---|
| A | Case Administration | D.Stukes | 0.1 |
| B | Sale of Assets/Financing | D.Stukes | 2.15 |
| C | Financial Document Production | D.Stukes | 4 |
| D | Schedule/SOFA/MOR | D.Stukes | 0.2 |
| E | Creditor Issues | D.Stukes | 5.35 |
| F | Plan/Discloure Statement | D.Stukes | 0 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |
| **TOTAL** |  |  | **12.2** |

ASI ADVISORS, LLC
WEEKLY TIME SHEET-NCW PROPERTIES, LLC

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|------|----------|-------|
| 24-Feb | D.Stukes | 0.45 | E | Review of SOFA and schedules to determine claims and match to claim summary prepared by Alan, prepare highy-level comparison |
| | | 0.15 | E | Email Dean-re: detail thoughts on claims to be allowed and disallowed, how to pay for disbursements to exit Plan, analysis of cash needs for Plan |
| 25-Feb | D.Stukes | 4.45 | C | Reconstruct entire payroll for all employees for FYE 2018, review ADP records, quickbook records, cash disbursements journals, contract labor records |
| 26-Feb | D.Stukes | 0.05 | | Email Dean, Gary, Alan- need to have follow -up conference call, discuss open items and proposed agenda |
| | | 2.25 | C | Complete 2018 payroll tax returns-Form 941, 940, IL 941's, unemplyment returns |
| 27-Feb | D.Stukes | 0.05 | F | Email to Larry B. and counsel (Rob Lantz) to invite to conference call |
| | | 0.4 | F | Conf call.-Larry B., Dean, R. Lantz, Alan B. discuss payment of P/R taxes in the propsed Plan-upfront deposit and 5 year deferred payments must resolve NASCAR license matter and Admin claim timing and next steps releases for Dean and Gary upon Plan confirmation discussed allowed claims estimated at $1.5/$2.0MM discuss litigation counsel retainer and why, what they will litigate probability of winning and collection Plan Trustee retainer |
| | | 0.2 | F | Follow-up with Dean to discuss all topics on the call in some more detail |
| 28-Feb | D.Stukes | 0.45 | E | Review Claims Summary  in detail sent by Macken, make notes and required documentation to support some claims |
| | | 0.15 | D | Review Macken's  email-questions on Jan MOR-details on op revs., insurance payments, taxes not paid, transition of business from NCW to Vieste, Cook default, Burkendorf stepping in @ 100% |
| | | 0.05 | A | Email to Dean-general update |
| | | 0.15 | F | Call with Macken-explain in detail what is going on with NCW nand Vieste, J Cook and L. Burkendorf, 2% fee per agreeement, management fee, open matters for Disclosure Statement |
| | | 0.15 | E | Call with Micheal McNinch-status of Plan submission and confirmation date, status of Debtor accepting hios claim, discuss process to evaluate claims, can he assign his claim, next steps in process |
| | | 0.3 | E | Conf call with Dean and Alan- discuss Alan's communication with NASCAR lawyer seeking payment on NASCAR license reuslting from review of MOR's, MOR's show income and collection of sub-license fees, discussed with Dean remitting such fees to Vieste, Vieste still assume has right to use license, NASCAR lawyer offers settlement for $127K claim, which was to accept claim and they will work with Debtor to pay, my concern with such deal and need to evaluate other options, the need for Burkendorf to step in and talk with NASCAR tomm, J Cook to confirm negotiations with NASCAR thru Jan 2019 |
| | | 0.2 | E | Call with Joe Cook and Dean-discuss his negotiations with NASCAR thru 2/15, expressed what we needed from Joe to resolve this matter, he stated he had term sheet he could share with us, his concerns |
| 1-Mar | D.Stukes | 0.1 | E | Call with Alan-update on my call with Joe Cook &Dean-confirms negotiation with NASCAR thru Feb 2019, he has term sheet he can shares, his concerns at this time, my request to have him attend |

|       |     |                                                                                                                                                                      |
|-------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       |     | hearing, Alan's suggestion on how to handle with Cook's support                                                                                                       |
| 0.1 E |     | Call with Dean and Burkendorf- discuss Cook's call with NASCAR related to the license, how to handle the admin claim at 3/5 hearing, Dean and Cook should both attend hearing in order to testify if necessary |
| 0.1 E |     | Review of Term Sheet between Vieste and NASCAR for NASCAR license dated Jan 19, 2019                                                                                   |

|   | Category                    |           |       |
|---|-----------------------------|-----------|-------|
| A | Case Administration         | D.Stukes  | 0.1   |
| B | Sale of Assets/Financing    | D.Stukes  | 0     |
| C | Financial Document Production | D.Stukes | 7.1   |
| D | Schedule/SOFA/MOR           | D.Stukes  | 0.15  |
| E | Creditor Issues             | D.Stukes  | 3.1   |
| F | Plan/Disclosure Statement   | D.Stukes  | 1.2   |
| G | Creditor Meetings/Hearings  | D.Stukes  | 0     |
|   |                             |           |       |
| **TOTAL** |                     |           | **11.55** |

 **ASI** ADVISORS, LLC

WESTCHESTER FINANCIAL CENTER
50 MAIN STREET, SUITE 1000
WHITE PLAINS, NEW YORK U.S.A. 10606
Tel: (914)-234-6133
Fax: (914)-234-0837

April 10, 2019

NCW Properties, LLC
2121 Oneida, Suite 402
Joliet, Il 60435

## For Services Rendered on Chapter 11 Bankruptcy Case 18-2015 as of March 30, 2019

Hourly Fees per Weekly Time Sheet for the period of March 1 through March 30, 2019

|  | Hours | Rate |
|---|---|---|
| Managing Director | 7.20 | $225.00 |

| Category | Hours | Billing |
|---|---|---|
| Case Administration | .10 | $ 37.50 |
| Sale of Assets/Financing | 1.30 | $ 337.50 |
| Financial Document Production | 0 | $ 0 |
| Schedules/SOFA/MOR | 0 | $ 0 |
| Creditor Issues | 1.20 | $ 300.00 |
| Plan/Disclosure Statement | 3.05 | $ 693.75 |
| Creditor Meetings/Hearings | 1.15 | $ 281.25 |
| **Total** | **7.20** | **$ 1,650.00** |

Charges for Services..............................................................$ 1,650.00

Balance of Billing as of February 28, 2019...........................$ 15,866.38

**TOTAL BILLING................................................. ....$17,516.38**

Expenses: **Court Solutions Fee to participate in Hearing**
         **On March 5**[th]................................................................$      70.00

Total ...........................................................................................$17,586.38

**TOTAL BILLING**...............................................................$17,586.38

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (In mins.) | Category | TASKS |
|------|---------------|-----------------|----------|-------|
| 5-Mar | D.Stukes | 1.15 | G | Status hearing participated via phone |
| | | 0.15 | E | Respond to Joseph Gregory (creditor) questions on status of case, discuss status what occurred in Status heairng, dated for the Plan to be submitted, dated for Disclosure Statement, status of claims to date date, how his claim could be handled |
| 6-Mar | D.Stukes | | | Call with Aaln B.-re: |
| | | 0.05 | A | thoughts on hearing yesterday |
| | | 0.05 | E | thoughts on how to handle scheduled hearing on admin claim |
| | | 0.1 | F | thoughts on next steps to complete Plan and Disclosure Statement |
| | | 0.05 | E | the need for Larry B. to negotiate with NASCAR on prospective license and how to deal with Admin. Claim |
| | | 0.1 | F | lump-sum cash needed from Larry B to support Plan, need to structure a deferred plan for taxes and Larry must support, need to P/R tax returns filed ASAP |

| | Category | | |
|---|----------|---|---|
| A | Case Administration | D.Stukes | 0.05 |
| B | Sale of Assets/Financing | D.Stukes | 0 |
| C | Financial Document Production | D.Stukes | 0 |
| D | Schedule/SOFA/MOR | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 0.25 |
| F | Plan/Discloure Statement | D.Stukes | 0.2 |
| G | Creditor Meetings/Hearings | D.Stukes | 1.15 |

**TOTAL** 2.05

Expenses: Phone particaption fees for Court Solutions for March 5th hearing       $70.00

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|-----------------|----------|-------|
| 12-Mar | D.Stukes | 0.1 | B | Call with Dean- general update on Vieste negotiations with NASCAR, status of wash operations, status of communication with Larry to provide financial support |
| | | 0.1 | B | review of proposal by Vieste to NASCAR-license term and conditions, how to deal with admin claim |
| 13-Mar | D.Stukes | 0.55 | B | Conf call with NASCAR principals, NASCAR counsel, Larry B., Alan, B, Dean-detailed discussion on what has gone on with NCW leading to Chapter 11, status on use of NASCAR marks, marks not part of sale update on current ownership of Vieste, Larry B. background and invlovement now, sub-license fees shown on MOR's, are NASCAR fees being escrowed, license has not been rejected, post-petition Motions, claims due to NASCAR, how will Plan be funded, discuss J.Cook's involvement going forward, Dean's involvement going forward, Burkendorf needs to agree on deal with NASCAR, next steps to have parties come together |

| | Category | | |
|---|---|---|---|
| A | Case Administration | D.Stukes | 0 |
| B | Sale of Assets/Financing | D.Stukes | 1.15 |
| C | Financial Document Production | D.Stukes | 0 |
| D | Schedule/SOFA/MOR | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 0 |
| F | Plan/Discloure Statement | D.Stukes | 0 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |
| | TOTAL | | 1.15 |

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|-----------------|----------|-------|
| 18-Mar | D.Stukes | | | Call with Alan B.- |
| | | 0.05 | E | discuss NASCAR admin claim and defenses |
| | | 0.1 | F | discuss status of Disclosure Statement and timing for draft |
| | | | | discuss proceeds to support Plan via a lum-sum payment |
| | | | | need $300K per Use of Proceeds statement |
| | | 0.05 | A | discuss case overall next steps |
| | | | | |
| 21-Mar | D.Stukes | 0.25 | E | Calls back and forth with Dean-re:  insider loans that should or should not be included as claims and why, the documentation needed to support any insider claim, the implications and ramifications of trying to support an insider claim, Gary's push to get such claims approved and why |
| | | 0.15 | E | Call with Alan to discuss the insider claim matters discussed above and how best to handle |
| | | 0.1 | E | Follow-up email with Dean to summarize thoughts on insider claims |

| | | Category | | |
|---|---|---|---|---|
| A | Case Administration | D.Stukes | 0.05 |
| B | Sale of Assets/Financing | D.Stukes | 0 |
| C | Financial Document Production | D.Stukes | 0 |
| D | Schedule/SOFA/MOR | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 0.55 |
| F | Plan/Disclosure Statement | D.Stukes | 0.1 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |
| | TOTAL | | 1.1 |

**ASI ADVISORS, LLC**
**WEEKLY TIME SHEET-NCW PROPERTIES, LLC**

| DATE | EMPLOYEE NAME | TIME (in mins.) | Category | TASKS |
|------|---------------|------|----------|-------|
| 28-Mar | D.Stukes | 0.15 | B | Call with Dean-update on Burkendorf negotiations with NASCAR, update on Burkendorf buy-in on Plan Use of Proceeds, Dean's thoughts on where Burkendorf is at right now on the above |
| | | 0.15 | F | Update Plan Use of Proceeds Statement-three different versions with rationale. |
| 30-Mar | D.Stukes | 2.2 | F | Review of initial draft of Disclosure Statement, research matters needed to be inserted into document where insert blanks where left, review summary of claims to address in DS, review Store Capital closing in docs in order to complete background in DS, draft notes for Dean to address related to open items in DS, start to back-line DS |

(2) Lumping

| | Category | | |
|---|---|---|---|
| A | Case Administration | D.Stukes | 0 |
| B | Sale of Assets/Financing | D.Stukes | 0.15 |
| C | Financial Document Production | D.Stukes | 0 |
| D | Schedule/SOFA/MOR | D.Stukes | 0 |
| E | Creditor Issues | D.Stukes | 0 |
| F | Plan/Disclosure Statement | D.Stukes | 2.35 |
| G | Creditor Meetings/Hearings | D.Stukes | 0 |
| TOTAL | | | 2.5 |